Form G-20 (20210917)

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 0 1 2024
JEFFREY P. ALLSTEADT, CLERK

**UNITED STATES BANKRUPTCY COURT**
Northern District of Illinois

Name of Debtor(s): Darron D. Jones

Case number (If known): 24-03035
Chapter: 7

Debtor(s).

**DECLARATION REGARDING ELECTRONIC FILING (SELF-REPRESENTED INDIVIDUAL)**

1. I (we) have completed the following documents using the Court's Electronic Filing program for self-represented debtors:

   - [✓] Voluntary Petition for Individuals Filing for Bankruptcy (Official Form B101)
   - [✓] Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form B107)
   - [✓] Declaration About an Individual Debtor's Schedules (Official Form B106)
   - [✓] Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B108)
   - [✓] Chapter 7 Statement of Your Current Monthly Income (Official Form B122A-1)
   - [✓] Statement of Exemption from Presumption of Abuse Under §707(b)(2) (Chapter 7 only) (Official Form B122A-1Supp)
   - [ ] Chapter 7 Means Test (Official Form B122A-2)
   - [ ] Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment (Official Form B122C-1)
   - [ ] Chapter 13 Calculation of Your Disposable Income (Official Form B122C-2)

2. Declaration of Petitioner:

   a. To be completed in all cases.

I(we), the undersigned Debtor(s) hereby declare under penalty of perjury that: (1) I(we) have read and understand the above-referenced document(s) being filed electronically ("Voluntary Petition"); (2) the information contained in the petition, statements and schedules, lists, and disclosures is true and correct, to the best of my knowledge and belief; and (3) I (we) have authorized the electronic filing of the Voluntary Petition with the United States Bankruptcy Court, Northern District of Illinois. I further declare under penalty of perjury that I (we) have completed and signed Statement About Your Social Security Number(s) (Official Form B121) and provided the signed original(s) to the Clerk. I (we) understand that this DECLARATION Regarding Electronic Filing must be filed with the Clerk in addition to the petition.

   b. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

   [✓] I(we) am (are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court, Northern District of Illinois.

Case 24-03035   Doc 4   Filed 03/01/24   Entered 03/01/24 11:29:42   Desc Main
Document      Page 2 of 2

I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105

_____  _Darron Douglas Jones_____  _____Darron D. Jones_____
Date                    Debtor's Name                    Debtor's Signature

_____  __02/29/24_____  _____
Date                    Joint Debtor's Name              Joint Debtor's Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court, Northern District of Illinois

page 2                                                   ELECTRONIC.FILING.DECLARATION.DEBTOR