# Notice Recipients

District/Off: 0752–1     User: admin     Date Created: 05/09/2024
Case: 24–03035     Form ID: definmgt     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Darron D Jones     5155 Fairground Court     Monee, IL 60449

TOTAL: 1